# JPM ENERGY, INC.　　　　　COMMERCIAL INVOICE

| DATE PO ISSUED | TERMS | REFERENCE | DUE DATE |
|---|---|---|---|
| 8/16/2011 | SEE BELOW | BC20110816JPM | SEE BELOW |

| DISTRIBUTOR | BANK WIRE INFORMATION FOR ALL PAYMENTS (NO EXCEPTIONS) |
|---|---|
| JPM ENERGY, INC<br>4447 Stoneridge Drive<br>Pleasanton, CA 94588<br><br>(925) 249-2217 | FIRST BANK<br>13830 San Pablo Ave, Suite A, San Pablo, CA 94806<br>Account Number: ███<br>Routing Number: ███ |

| CITY, STATE, COUNTRY OF ULTIMATE DESTINATION | SHIP TO |
|---|---|
| DALLAS, TEXAS, USA | Attn: Mr. Zak Fardi, Executive VP & Board of Director |
| COUNTRY OF MANUFACTURE | 1Soltec Inc. |
| SOUTH KOREA | 1920 Diplomat Drive |
| INTERNATIONAL ICE AIR TRANSPORT NUMBER | Farmer, TX 75234 |
| BC20110816JPM | (972) 231-1158 |

| ITEM: SOLAR CELLS WATT PER CELL & TERMS & CONDITIONS | CELL QUANTITY | WATTS | PRICE PER WATT | TOTAL VALUE |
|---|---|---|---|---|
| 4.22 | 129,600 | 546,912 | $ 0.95 | $ 519,566 |
| **Early pay Discount if & only if all dates below met:** | | | | |
| | | | | |
| Payment September 15, 2011, $464,875 | | | | |
| otherwise, TOTAL INVOICE $519,566 DUE | Section A | Early pay | discount | $ (54,691) |
| Buyer must email PROOF of each bank wire date | | | | $ 464,875 |
| **SUB-TOTAL** | 129,600 | 546,912 | | $ 519,566 |

| TOTAL NO. OF PACKAGES | | | |
|---|---|---|---|
| | | | |

| This Commerical Invoice Incorporates in full as if fully set forth herein and is an exhibit to the Master Cell Sale Agreement between parties and this agreement and invoices were entered into in Pleasanton, California under California law. | **TOTAL INVOICE** | $ 519,566 |
|---|---|---|

**TERMS & CONDITIONS**

1. PRIOR to Pick up BY BUYER at SFO on Aug 25, 2011, $100K WIRE for  BC20110805JPM  must be received
2. DISCOUNT PRICE ( See Secton A ) IF AND ONLY IF PAID ON OR BEFORE DATE STATED OTHERWISE TOTAL INVOICE IS DUE
3. BUYER CONVENANTS INSURANCE FOR FULL VALUE OF INVOICE FOR TRANSPORTATION FROM SFO TO BUYER'S LOCATION

*[signature]*

ZAK FARDI
8-17-2011